UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

CAROLINA RAMOS DOMINGUEZ,

    Plaintiff,

vs.

GULFSTREAM PARK RACING ASSOCIATION,
INC., SAFFIE JOSEPH JR. RACING, INC. and
SAFFIE JOSEPH, JR., individually,

    Defendants.
_____/

## DEFENDANT GULFSTREAM PARK RACING ASSOCIATION'S NOTICE OF REMOVAL OF ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA:

Defendant GULFSTREAM PARK RACING ASSOCIATION, INC. ("Gulfstream"), by and through undersigned counsel, hereby gives notice of removal of an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Carolina Ramos Dominguez v. Gulfstream Park Racing Association, Inc., Saffie Joseph Jr. Racing, Inc. and Saffie Joseph, Jr.,* Case No. 2017-21758-CA-01, to the United States District Court for the Southern District of Florida, Miami Division, being the district and division within which that action is presently pending.

As grounds for removal, Gulfstream states as follows:

1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446(a).

2.  Pursuant to 28 U.S.C. § 1446(a), attached to the certification filed contemporaneously with this Notice of Removal are copies of Plaintiff's First Amended Complaint and all state court process, pleadings, and orders in the state court civil file.

3.  Plaintiff served her First Amended Complaint on Gulfstream, through its registered agent, on December 18, 2018. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Gulfstream of a copy of Plaintiff's First Amended Complaint.

4.  To the best of undersigned counsel's information and belief, Defendants Saffie Joseph Jr. Racing, Inc. and Saffie Joseph, Jr. have not been served with the First Amended Complaint.

5.  This Court has original, federal question jurisdiction over Counts I, II, and III of Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1331, in that Plaintiff purports to state claims against Gulfstream, Saffie Joseph Jr. Racing, Inc., and Saffie Joseph, Jr., for unpaid overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et. seq.* ("FLSA").

6.  Copies of this Notice of Removal and a separate State Court Notice of Removal have been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit and served on Plaintiff's counsel.

7.  This Notice of Removal is signed by undersigned counsel pursuant to Fed. R. Civ. P. 11.

**WHEREFORE**, Gulfstream gives notice that the above-styled case now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is removed therefrom to this Court.

> Respectfully submitted,
>
> STEARNS WEAVER MILLER WEISSLER
> ALHADEFF & SITTERSON, P.A.
> Museum Tower, Suite 2200
> 150 West Flagler Street
> Miami, Florida 33130
> Telephone: (305) 789-3200
> Fax: (305) 789-3395
> *Attorneys for Defendant, Gulfstream Park Racing Association, Inc.*
>
> By: s/Andrew L. Rodman
>     ANDREW L. RODMAN
>     Florida Bar No. 0192198
>     E-mail: arodman@stearnsweaver.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 16, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

> s/Andrew L. Rodman
> ANDREW L. RODMAN, ESQ.

## SERVICE LIST

CASE NO. _____
United States District Court, Southern District of Florida

Jason S. Remer, Esq.
Florida Bar No. 0165580
jremer@rgpattorneys.com
Miriam Brooks, Esq.
Florida Bar No. 118144
mbrooks@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL  33130
Tel: 305-416-5000
Fax: 305-416-5005
*Attorneys for Plaintiff*
*Service via CM/ECF and E-mail*

Ernesto S. Medina, Esq.
Florida Bar No. 299855
emedina0653@yahoo.com
782 NW 42nd Avenue, Suite 350
Miami, FL 33126
Tel: 305-260-0541
*Attorney for Defendants Saffie Joseph Jr. Racing, Inc. and Saffie Joseph, Jr.*
*Service via CM/ECF and E-mail*